UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA GRIMALDI, *as Administratrix of the Estate of James Grimaldi, deceased*,

                    Plaintiff,

-v-

MARY MANNING WALSH NURSING HOME CO., INC.,

                    Defendant.

22-CV-6596 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, County of New York, on August 3, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 23, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 16, 2022.

    SO ORDERED.

Dated: August 8, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge